DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

CHRISTOPHER STEVEN RICE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-91

————————————————

March 27, 2024

Appeal from the Circuit Court for Pinellas County; Susan St. John, Judge.

Howard L. Dimmig, II, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.